## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE CO., | |
| *Plaintiff,* | CIVIL ACTION NO. 21-5397 |
| v. | |
| NEWTOWN SQUARE, LLC, | |
| *Defendant,* | |
| NEWTOWN SQUARE, LLC, | |
| *Third Party Plaintiff,* | |
| v. | |
| BTC INSURANCE SERVICES, LLC, KISH NORTH, and WORLDWIDE FACILITIES, LLC, | |
| *Third Party Defendants.* | |

### ORDER

**AND NOW**, this 19th day of December 2022, upon consideration of Worldwide's Motion to Dismiss (ECF 26) and Newtown Square's Response (ECF 34), it is hereby **ORDERED** that Worldwide's Motion is **GRANTED IN PART and DENIED IN PART**. Worldwide's Motion is **DENIED** with respect to Count II and is **GRANTED** with respect to Counts I and III.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.