IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE CO., <br><br> *Plaintiff,* <br><br> v. <br><br> NEWTOWN SQUARE, LLC, <br><br> *Defendant,* <br><br> NEWTOWN SQUARE, LLC, <br><br> *Third Party Plaintiff,* <br><br> v. <br><br> BTC INSURANCE SERVICES, LLC, KISH NORTH, and WORLDWIDE FACILITIES, LLC, <br><br> *Third Party Defendants.* | CIVIL ACTION <br> NO. 21-5397 |

## ORDER

**AND NOW**, this 18th day of April, 2024, upon consideration of Worldwide's Motion to Exclude Expert Opinions (ECF No. 73), Newtown's Response (ECF No. 94), Newtown's Motion to Preclude Expert Burl Daniel (ECF No. 82), Worldwide's Response (ECF No. 93), and Newtown's Reply (ECF No. 101), it is hereby **ORDERED** that both motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.